# COMPOSITE EXHIBIT "A"

**2025CA000671 - CHIN, AARON vs. ST LUCIE COUNTY SHERIFFS OFFICE**

## SUMMARY

| | | |
|---|---|---|
| **Judge:** | **Court Type:** | **Case Type:** |
| LEVIN, STEVEN J | Circuit Civil | OTHER COMPLAINT |
| **Case Number:** | **Uniform Case Number:** | **Status:** |
| 2025CA000671 | 562025CA000671AXXXHC | OPEN |
| **Clerk File Date:** | **Status Date:** | **Waive Speedy Trial:** |
| 4/10/2025 | 4/10/2025 | ☐ |
| **Total Fees Due:** | **Custody Location:** | **Agency:** |
| 0.00 | | |
| **Agency Report Number:** | | **Foreclosure:** |
| | | ACTIVE - 4/10/2025 |

## PARTIES

| TYPE | PARTY NAME | ATTORNEY |
|---|---|---|
| PLAINTIFF | CHIN, AARON | |
| DEFENDANT | ST LUCIE COUNTY SHERIFFS OFFICE | JOLLY, ANDREW WILLIAM (Main Attorney) |
| DEFENDANT | DEPUTY COLANGELO # 943 | JOLLY, ANDREW WILLIAM (Main Attorney) |
| DEFENDANT | SERGEANT ARCHIE | JOLLY, ANDREW WILLIAM (Main Attorney) |
| DEFENDANT | DEPUTY GAMEZ # 971 | JOLLY, BRUCE WALLACE (Main Attorney) |

## EVENTS

| DATE | EVENT | JUDGE | LOCATION | RESULT | |
|---|---|---|---|---|---|
| | | | No Events on Case | | |

## CASE DOCKETS

| IMAGE | DIN | DATE | ENTRY |
|---|---|---|---|
| 👁 2 | 20 | 5/5/2025 | CORRESPONDENCE |
| | 19 | 5/2/2025 | DEFENDANT ATTORNEY: JOLLY, ANDREW WILLIAM ASSIGNED |
| 📄 2 | 18 | 5/2/2025 | MOTION FOR EXTENSION OF TIME |
| 📄 2 | 17 | 5/2/2025 | NOTICE OF APPEARANCE |
| 📄 3 | 16 | 4/16/2025 | RETURN OF SERVICE ON SUMMONS SERVED |
| 📄 3 | 15 | 4/16/2025 | RETURN OF SERVICE ON SUMMONS SERVED |
| 📄 3 | 14 | 4/16/2025 | RETURN OF SERVICE ON SUMMONS SERVED |
| 📄 3 | 13 | 4/16/2025 | RETURN OF SERVICE ON SUMMONS SERVED |
| | 12 | 4/10/2025 | SUMMCIR WAIVED INDIGENT $40.0000 |
| | 11 | 4/10/2025 | OTHER CIVIL FILING WAIVED INDIGENT $400.0000 |
| 📄 2 | 10 | 4/10/2025 | SUMMONS ISSUED |
| 📄 3 | 9 | 4/10/2025 | SUMMONS ISSUED |
| 📄 3 | 8 | 4/10/2025 | SUMMONS ISSUED |
| 📄 3 | 7 | 4/10/2025 | SUMMONS ISSUED |
| | 6 | 4/10/2025 | CIRCUIT JUDGE LEVIN, STEVEN J: ASSIGNED |
| 📄 1 | 5 | 4/10/2025 | APPLICATION INDIGENT STATUS - GRANTED |
| 📄 3 | 4 | 4/10/2025 | COMPLAINT |
| 📄 3 | 3 | 4/10/2025 | CIVIL COVER SHEET |
| | 2 | 4/10/2025 | EACH DEFT OVER 5 CIR CIV ASSESSED $0.00 |
| | 0 | 4/10/2025 | OTHER CIVIL FILING ASSESSED $400.00 |
| | 0 | 4/10/2025 | SUMMONS CIR CIV ASSESSED $40.00 |
| | 1 | 4/10/2025 | CASE FILED 04/10/2025 CASE NUMBER 2025CA000671 |

**FORM 1.997 CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.   CASE STYLE**

(Name of Court) Circuit Court of the 19th Judicial Circuit

Plaintiff _Aaron Chin_                     Case#: _25 CA 671_

vs.                                        Judge: _____

Defendant _St. Lucie Sheriff's Office,_
_Deputy Colangelo #943,_
_Sergeant Archie #174 , Deputy Gamez #971_

**II.   AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose. $

- ○ $8,000 or less
- ○ $8,001 - $30,000
- ○ $30,001- $50,000
- ○ $50,001- $75,000
- ○ $75,001 - $100,000
- ☑ over $100,000.00

**III.   TYPE OF CASE**

(If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an "x" in both the main category and subcategory boxes.

- ○ Condominium
- ○ Contracts and indebtedness
- ○ Eminent domain
- ○ Auto negligence
- ○ Negligence – other
  - ○ Business governance
  - ○ Business torts
  - ○ Environmental/Toxic tort
  - ○ Third party indemnification
  - ○ Construction defect
  - ○ Mass tort
  - ○ Negligent security
  - ○ Nursing home negligence
  - ○ Premises liability – commercial
  - ○ Premises liability – residential

○ Products liability

○ Real Property/Mortgage foreclosure
- ○ Commercial foreclosure $0 - $50,000
- ○ Commercial foreclosure $50,001 - $249,999
- ○ Commercial foreclosure $250,000 or more
- ○ Homestead residential foreclosure $0 – $50,000
- ○ Homestead residential foreclosure $50,001 - $249,999
- ○ Homestead residential foreclosure $250,000 or more
- ○ Non-homestead residential foreclosure $0 - $50,000
- ○ Non-homestead residential foreclosure $50,001 - $249,999
- ○ Non-homestead residential foreclosure $250,00 or more
- ○ Other real property actions $0 - $50,000
- ○ Other real property actions $50,001 - $249,999
- ○ Other real property actions $250,000 or more

○ Professional malpractice
- ○ Malpractice – business
- ○ Malpractice – medical
- ○ Malpractice – other professional

○ Other
- ○ Antitrust/Trade Regulation
- ○ Business Transaction
- ○ Constitutional challenge-statute or ordinance
- ○ Constitutional challenge-proposed amendment
- ○ Corporate Trusts
- ○ Discrimination-employment or other
- ○ Insurance claims
- ○ Intellectual property
- ○ Libel/Slander
- ○ Shareholder derivative action
- ○ Securities litigation
- ○ Trade secrets
- ○ Trust litigation

☒ County Civil Trust litigation
- ☒ Civil
- ○ Replevins
- ○ Evictions
    - ○ Residential Eviction
    - ○ Non-residential Eviction
- ○ Other Civil (non-monetary)

**IV.   REMEDIES SOUGHT** (check all that apply):

☑ Monetary;

☐ Non-monetary declaratory or injunctive relief;

☑ Punitive

**V.   NUMBER OF CAUSES OF ACTION:** ( ☐ 2
(Specify)

1. Violation of Due Process Rights
2. False Imprisonment

**VI.   IS THIS CASE A CLASS ACTION LAWSUIT?**

○ Yes

◉ No

**VII.   HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**

◉ No

○ Yes – If "yes" list all related cases by name, case number and court:

|  |
|---|
|  |
|  |
|  |

**VIII.   IS JURY TRIAL DEMANDED IN COMPLAINT?**

○ Yes

◉ No

**IX.   DOES CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**

○ Yes

◉ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rules of General Practice and Judicial Administration 2.425.

Signature: _____       Fla. Bar # _____
            Attorney or Party                                        (if attorney)

_Aaron Michael Chin_                      Date: April 10, 2025
Type or print name

Aaron Michael Chin

P.O. Box 936482

Margate, Florida 33093

## IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT

## IN AND FOR ST. LUCIE COUNTY, FLORIDA

Aaron Michael Chin,

*Plaintiff*,

v.

St. Lucie County Sheriff's Office

Deputy Colangelo #943

Sergeant Archie #174

Deputy Gamez #971

*Defendant(s)*,

Case No.: _____ 562025CA000671AXXXHC

### COMPLAINT IN EQUITY

1. Introduction

This is a civil action for violation of due process rights under the Fourteenth Amendment and false imprisonment.

2. Jurisdiction and Venue

- This Court has jurisdiction over this matter pursuant to 42 U.S.C. § 1983.
- Venue is proper in St. Lucie County, Florida, as the events giving rise to this complaint occurred within this jurisdiction.

3. Parties

- Plaintiff: Aaron Michael Chin, private civilian of the United States
- Defendant(s): St. Lucie County Sheriff's Office, a governmental entity responsible for law enforcement in St. Lucie County, Florida.

Deputy Colangelo #943, arresting officer

Sergeant Archie #174, present during arrest

Deputy Gamez #971, Transporting officer

## 4. Facts

- On April 1, 2025, Plaintiff was detained by officers of the St. Lucie County Sheriff's Office without legal justification. Plaintiff invoked his right to civilian due process after complying with officers under duress, and that right was ignored.
- Plaintiff was not provided with procedural safeguards required under the Due Process Clause of the Fourteenth Amendment. Equity follows the law.
- The detention was carried out in an arbitrary and capricious manner, causing Plaintiff emotional distress, loss of liberty, reputational harm, and financial losses. Equity will not suffer a wrong to be without remedy.

## 5. Causes of Action

Count I: Violation of Due Process Rights

- Defendant's actions deprived Plaintiff of their constitutional right to due process under the Fourteenth Amendment.
- Defendant acted under color of law in carrying out these violations, failing to provide Plaintiff with proper legal protections before detention. Equity follows the law.

Count II: False Imprisonment

- Defendant unlawfully restrained Plaintiff against their will without legal authority or justification. 787.02 of the Florida statutes.
- As a direct result, Plaintiff suffered damages, including emotional distress, loss of liberty, reputational harm, and financial losses. Equity will not suffer a wrong to be without remedy.

## 6. Damages

Plaintiff seeks:

- Compensatory damages for emotional distress, loss of liberty, reputational harm, and financial losses.
- Punitive damages to deter future misconduct.
- Attorney's fees and costs pursuant to 42 U.S.C. § 1988.

7. Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that this Court:

- Enter judgment in favor of Plaintiff and against Defendant(s).
- Award Plaintiff compensatory and punitive damages.
- Grant any other relief the Court deems just and proper.

Equity regards as done what ought to be done.

Dated: April 10, 2025

Respectfully Submitted,

, All Rights Reserved

Aaron Michael Chin, Surety, Beneficiary, private civilian of the United States and national of the union member state of Florida

**IN THE CIRCUIT/COUNTY COURT OF THE NINETEENTH JUDICIAL CIRCUIT**
**IN AND FOR ST LUCIE COUNTY, FLORIDA**

Aaron Chin

Plaintiff/Petitioner or In the Interest of

CASE NO. 25 CA 671

St. Lucie County Sheriffs Office, Deputy Colangelo #943, Sergeant Archie #174, Deputy Gamez #971 vs.

Defendant//Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable up to 1 year in jail or up to $1,000 in fines, as provided in s.775.082, F.S. or s. 775.083 F.S.

This application is being filed: ☑on behalf of the petitioner, ☐on behalf of the ward, or ☐Other – Non-Indigent.

I attest that the information provided on this application is true and accurate to the best of my knowledge.

Signed on April 10, 20 25.

Signature of Applicant for Indigent Status

1991 — Year of Birth

5263 — Last 4 digits of Driver License or ID Number

Print Full Legal Name: Aaron Michael Chin

Email address: _____

Phone Number/s: _____

P.O. Box 936482, Margate, Florida 33093
Address: Street, City, State, Zip Code

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. **I have** 7 **dependents.** *(Do not include children not living at home and do not include a working spouse or yourself.)*

2. **My take home pay is $** _____ paid ☐ weekly ☐ every two weeks ☐ semi-monthly ☐ monthly ☐ yearly ☑other *per diem*.
   *Include cash payments. Include only your "net" pay. Your take home pay (net income) is your total salary and wages minus deductions required by law, including court-ordered support payments.*

3. **I have other income** paid ☐ weekly ☐ every two weeks ☐ semi-monthly ☐ monthly ☐ yearly ☑other *No*.
   *(Check "Yes" and fill in the amount if you have this kind of income, otherwise check "No")*

| | | | | | |
|---|---|---|---|---|---|
| Social Security benefits | ☐Yes $____ | ☑No | Workers compensation | ☐Yes $____ | ☑No |
| Unemployment compensation | ☐Yes $____ | ☑No | Regular support from absent family members | ☐Yes $____ | ☑No |
| Union payments | ☐Yes $____ | ☑No | Rental income | ☐Yes $____ | ☑No |
| Retirement/pensions | ☐Yes $____ | ☑No | Dividends or interest | ☐Yes $____ | ☑No |
| Trusts | ☐Yes $____ | ☑No | Other kinds of income not on the list | ☐Yes $____ | ☑No |
| Veterans' benefits | ☐Yes $____ | ☑No | | | |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. **I have other assets:** *(Check "yes" and fill in the value of the property, otherwise check "No")*

| | | | | | |
|---|---|---|---|---|---|
| Cash | ☐Yes $____ | ☑No | Bank/Savings account | ☐Yes $____ | ☑No |
| Car/Motor Vehicle* | ☐Yes $____ | ☑No | Stocks/bonds/Certificates of Deposit | ☐Yes $____ | ☑No |
| Money market accounts | ☐Yes $____ | ☑No | Homestead real estate | ☐Yes $____ | ☑No |
| Boats/other tangible property* | ☐Yes $____ | ☑No | Non-homestead real estate* | ☐Yes $____ | ☑No |
| *show loans on these assets in paragraph 5 | | | Other assets* | ☐Yes $____ | ☑No |

**Check one:** I ☐ DO/ ☑ DO NOT expect to receive more assets in the near future. The asset and value is _____

5. **I have total liabilities and debts in the amount of $** 0 . I have loan balances on assets in paragraph 4:
   Car/Motor Vehicle $ 0 ; Homestead $ 0 ; Non-homestead real estate $ 0 ; Boat $ 0 ;
   Other tangible property (identify here) 0 and loan balance $ 0

---

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined the applicant to be ☑Indigent ☐Not Indigent, according to s. 57.082, F.S.

Dated on April 10th, 20 25.

michelle K miller
Clerk of the Circuit Court

By _____ , Deputy Clerk

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW OF THIS DETERMINATION BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the judge to review the clerk's decision _____

Updated 6/12/2023

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
OF FLORIDA, IN AND FOR ST. LUCIE COUNTY, FLORIDA
CIVIL ACTION

Plaintiff,

_Aaron Chin_ /

CASE NO. _25 CA 671_

VS.

Defendant.

_Deputy Colangelo #943_ /

## SUMMONS:
### PERSONAL SERVICE ON A NATURAL PERSON

STATE OF FLORIDA:                     TO DEFENDANT(S)   _Deputy Colangelo #943_
                                                       _4700 W. Midway Rd._
                                                       _Fort Pierce, FL_

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed In the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, pare contestar la demanda adjunta, por escrito, y presentaria ante esta tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades , o privado de sus derechos, sin previo, aviso del tribunal. Ex-isten otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la gula telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/ Plaintiff's Attorney" (Demandante O Abogado del Demandante).

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation do cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal. Un Simple COUP de telephone est insuffisanat pour vous proteger. Vous etes obilge de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre responses ecrite dans le relal requis, vous risquez de perdre la cause a insi que votre salaire, votre argent, et vos blens peuvent etre saisis par la suite, sans aucun preavis ulterleur duTribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connalssez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire) de telephones).

Si vous choisissez de deposer vous-memo une response ecrite, Il vous Faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre response ecrite au "Plaintiff/Plaintiff's Attorney' (Plaignant ou a son avocat) nomme ci-dessous.

**Florida Rules of Judicial Administration Rule 2.540 Notices to Persons With Disabilities**

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL, 34986, (772)807-4370 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

**SPANISH:** Si usted es una persona con una discapacidad que necesita algún tipo de adaptación para poder participar en este procedimiento, tiene derecho a que se le ayude hasta cierto punto y sin costo alguno. Por favor, comuníquese conl Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL, 34986, (772) 807-4370 al menos 7 días antes de su fecha de comparecencia, o inmediatamente después de haber recibido esta notificacion si faltan menos de 7 dias para su cita en el tribunal; si tiene problemas de audición o del habla, llame al 711.

**CREOLE:** Si ou se yon moun ki andikape epi ou bezwen nepot akomodasyon pou ou ka patisipe nan pwose sa-a, ou gen dwa, san ou pa gen pou-ou peye anyen, pou yo ba-ou yon seri de asistans. Tanpri kontakte Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL 34986, (772)807-4370 omwen 7 jou alavans jou ou gen pou-ou paret nan tribunal-la, ouswa imedyatman kote ou resevwa notifikasyon-an si ke li mwens ke 7 jou; si ou soud ouswa bebe, rele 711.

Aaron Chin
_____
Plaintiff/Plaintiff's Attorney

P.O. Box 936482
_____
Margate, Florida 33093
_____

(Address)

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint In this lawsuit on the above-named Defendant.

DATED on  April 10th  20 25
(Seal)

Michelle R. Miller
Clerk & Comptroller, St. Lucie County

By _____
as Deputy Clerk



IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
OF FLORIDA, IN AND FOR ST. LUCIE COUNTY, FLORIDA
CIVIL ACTION

**Plaintiff,**

Aaron Chin

CASE NO. 25CA671

VS.

**Defendant,**

Deputy Gamez #971

### SUMMONS:
<u>PERSONAL SERVICE ON A NATURAL PERSON</u>

STATE OF FLORIDA:                    TO DEFENDANT(S)    Deputy Gamez #971
                                                       4700 W. Midway Rd.
                                                       Fort Pierce, FL

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed In the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, pare contestar la demanda adjunta, por escrito, y presentaria ante esta tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades , o privado de sus derechos, sin previo, aviso del tribunal. Ex-isten otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la gula telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/ Plaintiff's Attorney" (Demandante O Abogado del Demandante).

### IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple COUP de telephone est insuffisant pour vous protoger. Vous etes oblige de deposer votre response ecrite, avec mention du numero du dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre responses ecrite dans le relal requis, vous risquez de perdre la cause a insi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur duTribunal. II y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connalssez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire) de telephones).

Si vous choisissez de deposer vous-memo une response ecrite, Il vous Faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre response ecrite au "Plaintiff/Plaintiff's Attorney' (Plaignant ou a son avocat) nomme ci-dessous.

### Florida Rules of Judicial Administration Rule 2.540 Notices to Persons With Disabilities

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL, 34986, (772)807-4370 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

**SPANISH:** Si usted es una persona con una discapacidad que necesita algún tipo de adaptación para poder participar en este procedimiento, tiene derecho a que se le ayude hasta cierto punto y sin costo alguno. Por favor, comuníquese conl Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL, 34986, (772) 807-4370 al menos 7 días antes de su fecha de comparecencia, o inmediatamente después de haber recibido esta notificacion si faltan menos de 7 dias para su cita en el tribunal; si tiene problemas de audición o del habla, llame al 711.

**CREOLE:** Si ou se yon moun ki andikape epi ou bezwen nepot akomodasyon pou ou ka patisipe nan pwose sa-a, ou gen dwa, san ou pa gen pou-ou peye anyen, pou yo ba-ou yon seri de asistans. Tanpri kontakte Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL 34986, (772)807-4370 omwen 7 jou alavans jou ou gen pou-ou paret nan tribunal-la, ouswa imedyatman kote ou resevwa notifikasyon-an si ke li mwens ke 7 jou; si ou soud ouswa bebe, rele 711.


_Aaron Chin_
_____
Plaintiff/Plaintiff's Attorney
_P.O. Box. 936482_
_Margate, Florida  33093_
_____

(Address)


THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint In this lawsuit on the above-named Defendant.


DATED on _April 10th_ 20 _25_

(Seal)

Michelle R. Miller
Clerk & Comptroller, St. Lucie County

By _____

as Deputy Clerk



IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
OF FLORIDA, IN AND FOR ST. LUCIE COUNTY, FLORIDA
CIVIL ACTION

**Plaintiff,**

Aaron Chin

CASE NO. 25CA671

VS.

**Defendant.**

Sergeant Archie #174

### SUMMONS:
PERSONAL SERVICE ON A NATURAL PERSON

STATE OF FLORIDA:                    TO DEFENDANT(S)    Sergeant Archie #174
                                                        4700 W. Midway Rd.
                                                        Fort Pierce, FL

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentaria ante esta tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades  , o privado de sus derechos, sin previo, aviso del tribunal. Ex-isten otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce  a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la gula  telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante O Abogado del Demandante).

### IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal. Un Simple COUP de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre response ecrite, avec mention du numero du dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre responses ecrite dans le relal requis, vous risquez de perdre la cause a insi que votre salaire, votre argent, et vos blens peuvent etre saisis par la suite, sans aucun preavis ulterieur duTribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connalssez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire) de telephones).

Si vous choisissez de deposer vous-memo une response ecrite, Il vous Faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre response ecrite au "Plaintiff/Plaintiff's Attorney' (Plaignant ou a son avocat) nomme  ci-dessous.

## Florida Rules of Judicial Administration Rule 2.540 Notices to Persons With Disabilities

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL, 34986, (772)807-4370 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

**SPANISH:** Si usted es una persona con una discapacidad que necesita algún tipo de adaptación para poder participar en este procedimiento, tiene derecho a que se le ayude hasta cierto punto y sin costo alguno. Por favor, comuníquese conl Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL, 34986, (772) 807-4370 al menos 7 días antes de su fecha de comparecencia, o inmediatamente después de haber recibido esta notificacion si faltan menos de 7 dias para su cita en el tribunal; si tiene problemas de audición o del habla, llame al 711.

**CREOLE:** Si ou se yon moun ki andikape epi ou bezwen nepot akomodasyon pou ou ka patisipe nan pwose sa-a, ou gen dwa, san ou pa gen pou-ou peye anyen, pou yo ba-ou yon seri de asistans. Tanpri kontakte Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL, 34986, (772)807-4370 omwen 7 jou alavans jou ou gen pou-ou paret nan tribunal-la, ouswa imedyatman kote ou resevwa notifikasyon-an si ke li mwens ke 7 jou; si ou soud ouswa bebe, rele 711.

_Aaron Chin_
_____
Plaintiff/Plaintiff's Attorney
_P.O. Box 936482_
_____
_Margate, Florida 33093_
_____

(Address)

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint In this lawsuit on the above-named Defendant.

DATED on _April 10th_, 20_25_
(Seal)

Michelle R. Miller
Clerk & Comptroller, St. Lucie County

By _____
as Deputy Clerk



IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
OF FLORIDA, IN AND FOR ST. LUCIE COUNTY, FLORIDA
CIVIL ACTION

**Plaintiff,**

Aaron Chin

CASE NO. 25 CA671

VS.

**Defendant.**

St. Lucie County Sherriffs Office

SUMMONS:
PERSONAL SERVICE ON A NATURAL PERSON

STATE OF FLORIDA:                TO DEFENDANT(S)    St. Lucie County Sherriffs Office
4700 W. Midway Rd.
Fort Pierce, FL

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed In the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, pare contestar la demanda adjunta, por escrito, y presentaria ante esta tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades , o privado de sus derechos, sin previo, aviso del tribunal. Ex-isten otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llarmar a una de las oficinas de asistencia legal que aparecen en la gula telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/ Plaintiff's Attorney" (Demandante O Abogado del Demandante).

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal. Un Simple COUP de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre responses ecrite dans le relal requis, vous risquez de perdre la cause a insi que votre salaire, votre argent, et vos blens peuvent etre saisis par la suite, sans aucun preavis ulterleur duTribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connalssez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire) de telephones).

Si vous choisissez de deposer vous-memo une response ecrite, Il vous Faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre response ecrite au "Plaintiff/Plaintiff's Attorney' (Plaignant ou a son avocat) nomme ci-dessous.

**Florida Rules of Judicial Administration Rule 2.540 Notices to Persons With Disabilities**

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL, 34986, (772)807-4370 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

**SPANISH:** Si usted es una persona con una discapacidad que necesita algún tipo de adaptación para poder participar en este procedimiento, tiene derecho a que se le ayude hasta cierto punto y sin costo alguno. Por favor, comuníquese conl Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL, 34986, (772) 807-4370 al menos 7 días antes de su fecha de comparecencia, o inmediatamente después de haber recibido esta notificacion si faltan menos de 7 dias para su cita en el tribunal; si tiene problemas de audición o del habla, llame al 711.

**CREOLE:** Si ou se yon moun ki andikape epi ou bezwen nepot akomodasyon pou ou ka patisipe nan pwose sa-a, ou gen dwa, san ou pa gen pou-ou peye anyen, pou yo ba-ou yon seri de asistans. Tanpri kontakte Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL 34986, (772)807-4370 omwen 7 jou alavans jou ou gen pou-ou paret nan tribunal-la, ouswa imedyatman kote ou resevwa notifikasyon-an si ke li mwens ke 7 jou; si ou soud ouswa bebe, rele 711.

Aaron Chin
_____
Plaintiff/Plaintiff's Attorney

P.O. Box 936482
Margate, Florida 33093
_____

(Address)

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint In this lawsuit on the above-named Defendant.

DATED on _April 18th_ 20 25
(Seal)

Michelle R. Miller
Clerk & Comptroller, St. Lucie County

By _____
as Deputy Clerk

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
OF FLORIDA, IN AND FOR ST. LUCIE COUNTY, FLORIDA
CIVIL ACTION

Plaintiff,
Aaron Chin                                    /

CASE NO. 25CA671

DATE RECEIVED: _____ APR 1 0 2025

VS.

DATE/TIME SERVED: 4/14/25  1106

Defendant.
Sergeant Archie #174                          /

ST. LUCIE COUNTY SHERIFF

BY: _____  147
DEPUTY SHERIFF

SUMMONS:
PERSONAL SERVICE ON A NATURAL PERSON

STATE OF FLORIDA:                TO DEFENDANT(S)   Sergeant Archie #174
                                                  4700 W. Midway Rd.
                                                  Fort Pierce, FL
                                                  _____

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, pare contestar la demanda adjunta, por escrito, y presentarla ante esta tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades , o privado de sus derechos, sin previo, aviso del tribunal. Ex-isten otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce  a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia  telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante O Abogado del Demandante).

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation do cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal. Un Simple COUP de telephone est insuffisanat pouor vous protegar. Vous etes oblige de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaltez que le Tribunal entende votre cause. Si vous ne deposez pas votre responses ecrite dans le relai requis, vous risquez de perdre la cause a insi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur duTribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-memo une response ecrite, Il vous Faudra egalement, in meme temps que cette formalite, faire parvenir ou expedier une cople de votre response ecrite au "Plaintiff/Plaintiff's Attorney' (Plaignant ou a son avocat) nomme  ci-dessous.

### Florida Rules of Judicial Administration Rule 2.540 Notices to Persons With Disabilities

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL, 34986, (772)807-4370 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

**SPANISH:** Si usted es una persona con una discapacidad que necesita algún tipo de adaptación para poder participar en este procedimiento, tiene derecho a que se le ayude hasta cierto punto y sin costo alguno. Por favor, comuníquese conI Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL, 34986, (772) 807-4370 al menos 7 días antes de su fecha de comparecencia, o inmediatamente después de haber recibido esta notificacion si faltan menos de 7 dias para su cita en el tribunal; si tiene problemas de audición o del habla, llame al 711.

**CREOLE:** Si ou se yon moun ki andikape epi ou bezwen nepot akomodasyon pou ou ka patisipe nan pwose sa-a, ou gen dwa, san ou pa gen pou-ou peye anyen, pou yo ba-ou yon seri de asistans. Tanpri kontakte Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL 34986, (772)807-4370 omwen 7 jou alavans jou ou gen pou-ou paret nan tribunal-la, ouswa imedyatman kote ou resevwa notifikasyon-an si ke li mwens ke 7 jou; si ou soud ouswa bebe, rele 711.

_Aaron Chin_
Plaintiff/Plaintiff's Attorney
P.O. Box 936482
Margate, Florida 33093

(Address)

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above-named Defendant.

DATED on _April 10th_ 20_25_
(Seal)

Michelle R. Miller
Clerk & Comptroller, St. Lucie County

By _____
as Deputy Clerk

Aaron Michael Chin

P.O. Box 936482

Margate, Florida 33093

## IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT

## IN AND FOR ST. LUCIE COUNTY, FLORIDA

Aaron Michael Chin,

*Plaintiff,*

v.

St. Lucie County Sheriff's Office

Deputy Colangelo #943

Sergeant Archie #174

Deputy Gamez #971

*Defendant(s),*

Case No.: _562025CA000671AXXXHC_____

## COMPLAINT IN EQUITY

1. Introduction

This is a civil action for violation of due process rights under the Fourteenth Amendment and false imprisonment.

2. Jurisdiction and Venue

- This Court has jurisdiction over this matter pursuant to 42 U.S.C. § 1983.
- Venue is proper in St. Lucie County, Florida, as the events giving rise to this complaint occurred within this jurisdiction.

3. Parties

- Plaintiff: Aaron Michael Chin, private civilian of the United States
- Defendant(s): St. Lucie County Sheriff's Office, a governmental entity responsible for law enforcement in St. Lucie County, Florida.

Deputy Colangelo #943, arresting officer

Sergeant Archie #174, present during arrest

Deputy Gamez #971, Transporting officer

4. Facts

- On April 1, 2025, Plaintiff was detained by officers of the St. Lucie County Sheriff's Office without legal justification. Plaintiff invoked his right to civilian due process after complying with officers under duress, and that right was ignored.
- Plaintiff was not provided with procedural safeguards required under the Due Process Clause of the Fourteenth Amendment. Equity follows the law.
- The detention was carried out in an arbitrary and capricious manner, causing Plaintiff emotional distress, loss of liberty, reputational harm, and financial losses. Equity will not suffer a wrong to be without remedy.

5. Causes of Action

Count I: Violation of Due Process Rights

- Defendant's actions deprived Plaintiff of their constitutional right to due process under the Fourteenth Amendment.
- Defendant acted under color of law in carrying out these violations, failing to provide Plaintiff with proper legal protections before detention. Equity follows the law.

Count II: False Imprisonment

- Defendant unlawfully restrained Plaintiff against their will without legal authority or justification. 787.02 of the Florida statutes.
- As a direct result, Plaintiff suffered damages, including emotional distress, loss of liberty, reputational harm, and financial losses. Equity will not suffer a wrong to be without remedy.

6. Damages

Plaintiff seeks:

- Compensatory damages for emotional distress, loss of liberty, reputational harm, and financial losses.
- Punitive damages to deter future misconduct.
- Attorney's fees and costs pursuant to 42 U.S.C. § 1988.

7. Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that this Court:

- Enter judgment in favor of Plaintiff and against Defendant(s).
- Award Plaintiff compensatory and punitive damages.
- Grant any other relief the Court deems just and proper.

Equity regards as done what ought to be done.

Dated: _April 10, 2025_

Respectfully Submitted,

_Aaron Chin, All Rights Reserved_

Aaron Michael Chin, Surety, Beneficiary, private civilian of the United States and national of the union member state of Florida

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
OF FLORIDA, IN AND FOR ST. LUCIE COUNTY, FLORIDA
CIVIL ACTION

Plaintiff,
*Aaron Chin*                    /

VS.

Defendant.
*Deputy Colongelo #943*         /

CASE NO. *25 CA 671*

DATE RECEIVED: *APR 1 0 2025*

DATE/TIME SERVED: *4-14-25   11:02*
ST. LUCIE COUNTY SHERIFF

BY: *Sgt RMpeshg H8*
DEPUTY SHERIFF

SUMMONS:
PERSONAL SERVICE ON A NATURAL PERSON

STATE OF FLORIDA:

TO DEFENDANT(S)   *Deputy Colongelo #943*
*4700 W. Midway Rd.*
*Fort Pierce, FL*

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may be taken thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, pare contestar la demanda adjunta, por escrito, y presentarla ante esta tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades , o privado de sus derechos, sin previo, aviso del tribunal. Ex-isten otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/ Plaintiff's Attorney" (Demandante O Abogado del Demandante).

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation do cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal. Un Simple COUP de telephone est insuffisanat pouor vous proteger. Vous etes oblige de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas vos responses ecrite dans le relai requis, vous risquez de perdre la cause a insi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur duTribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-memo une response ecrite, il vous Faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre response ecrite au "Plaintiff/Plaintiff's Attorney' (Plaignant ou a son avocat) nomme ci-dessous.

**Florida Rules of Judicial Administration Rule 2.540 Notices to Persons With Disabilities**

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL, 34986, (772)807-4370 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

**SPANISH:** Si usted es una persona con una discapacidad que necesita algún tipo de adaptación para poder participar en este procedimiento, tiene derecho a que se le ayude hasta cierto punto y sin costo alguno. Por favor, comuníquese conl Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL, 34986, (772) 807-4370 al menos 7 días antes de su fecha de comparecencia, o inmediatamente después de haber recibido esta notificacion si faltan menos de 7 dias para su cita en el tribunal; si tiene problemas de audición o del habla, llame al 711.

**CREOLE:** Si ou se yon moun ki andikape epi ou bezwen nepot akomodasyon pou ou ka patisipe nan pwose sa-a, ou gen dwa, san ou pa gen pou-ou peye anyen, pou yo ba-ou yon seri de asistans. Tanpri kontakte Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL 34986, (772)807-4370 omwen 7 jou alavans jou ou gen pou-ou paret nan tribunal-la, ouswa imedyatman kote ou resevwa notifikasyon-an si ke li mwens ke 7 jou; si ou soud ouswa bebe, rele 711.

_Aaron Chin_
Plaintiff/Plaintiff's Attorney
_P.O. Box 936482_
_Margate, Florida 33093_

(Address)

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint In this lawsuit on the above-named Defendant.

DATED on _April 10th_ 20 _25_
(Seal)

Michelle R. Miller
Clerk & Comptroller, St. Lucie County

By _____
as Deputy Clerk

Aaron Michael Chin

P.O. Box 936482

Margate, Florida 33093

## IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT

## IN AND FOR ST. LUCIE COUNTY, FLORIDA

Aaron Michael Chin,

*Plaintiff,*

v.

St. Lucie County Sheriff's Office

Deputy Colangelo #943

Sergeant Archie #174

Deputy Gamez #971

*Defendant(s),*

Case No.: 562025CA000671AXXXHC
_____

## COMPLAINT IN EQUITY

### 1. Introduction

This is a civil action for violation of due process rights under the Fourteenth Amendment and false imprisonment.

### 2. Jurisdiction and Venue

- This Court has jurisdiction over this matter pursuant to 42 U.S.C. § 1983.
- Venue is proper in St. Lucie County, Florida, as the events giving rise to this complaint occurred within this jurisdiction.

### 3. Parties

- Plaintiff: Aaron Michael Chin, private civilian of the United States
- Defendant(s): St. Lucie County Sheriff's Office, a governmental entity responsible for law enforcement in St. Lucie County, Florida.

Deputy Colangelo #943, arresting officer

Sergeant Archie #174, present during arrest

Deputy Gamez #971, Transporting officer

4. Facts

- On April 1, 2025, Plaintiff was detained by officers of the St. Lucie County Sheriff's Office without legal justification. Plaintiff invoked his right to civilian due process after complying with officers under duress, and that right was ignored.
- Plaintiff was not provided with procedural safeguards required under the Due Process Clause of the Fourteenth Amendment. Equity follows the law.
- The detention was carried out in an arbitrary and capricious manner, causing Plaintiff emotional distress, loss of liberty, reputational harm, and financial losses. Equity will not suffer a wrong to be without remedy.

5. Causes of Action

Count I: Violation of Due Process Rights

- Defendant's actions deprived Plaintiff of their constitutional right to due process under the Fourteenth Amendment.
- Defendant acted under color of law in carrying out these violations, failing to provide Plaintiff with proper legal protections before detention. Equity follows the law.

Count II: False Imprisonment

- Defendant unlawfully restrained Plaintiff against their will without legal authority or justification. 787.02 of the Florida statutes.
- As a direct result, Plaintiff suffered damages, including emotional distress, loss of liberty, reputational harm, and financial losses. Equity will not suffer a wrong to be without remedy.

6. Damages

Plaintiff seeks:

- Compensatory damages for emotional distress, loss of liberty, reputational harm, and financial losses.
- Punitive damages to deter future misconduct.
- Attorney's fees and costs pursuant to 42 U.S.C. § 1988.

7. Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that this Court:

- Enter judgment in favor of Plaintiff and against Defendant(s).
- Award Plaintiff compensatory and punitive damages.
- Grant any other relief the Court deems just and proper.

Equity regards as done what ought to be done.

Dated: April 10, 2025

Respectfully Submitted,

_Aaron Michael Chin_ , All Rights Reserved

Aaron Michael Chin, Surety, Beneficiary, private civilian of the United States and national of the union member state of Florida

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
OF FLORIDA, IN AND FOR ST. LUCIE COUNTY, FLORIDA
CIVIL ACTION

Plaintiff,

_Aaron Chin_                    /

CASE NO. _25 CA671_

VS.

Defendant.

_St. Lucie County Sheriff's Office,_

DATE RECEIVED: _APR 10 2025_

DATE/TIME SERVED: _4-14-25  1400_
ST. LUCIE COUNTY SHERIFF

BY: _____  _950_
DEPUTY SHERIFF

SUMMONS:
PERSONAL SERVICE ON A NATURAL PERSON

STATE OF FLORIDA:

TO DEFENDANT(S) _St. Lucie County Sheriff's Office_
_4700 W. Midway Rd._
_Fort Pierce, FL_

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, pare contestar la demanda adjunta, por escrito, y presentaria ante esta tribunal. Una llamada telefonica no lo protegera, Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades , o privado de sus derechos, sin previo, aviso del tribunal. Ex-isten otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la gula telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/ Plaintiff's Attorney" (Demandante O Abogado del Demandante).

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation do cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal. Un Simple COUP de telephone est insuffisant pouor vous proteger. Vous etes oblige de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre responses ecrite dans le relal requis, vous risquez de perdre la cause a insi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur duTribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-memo une response ecrite, il vous Faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre response ecrite au "Plaintiff/Plaintiff's Attorney' (Plaignant ou a son avocat) nomme ci-dessous.

### Florida Rules of Judicial Administration Rule 2.540 Notices to Persons With Disabilities

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL, 34986, (772)807-4370 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

**SPANISH:** Si usted es una persona con una discapacidad que necesita algún tipo de adaptación para poder participar en este procedimiento, tiene derecho a que se le ayude hasta cierto punto y sin costo alguno. Por favor, comuníquese conl Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL, 34986, (772) 807-4370 al menos 7 días antes de su fecha de comparecencia, o inmediatamente después de haber recibido esta notificacion si faltan menos de 7 días para su cita en el tribunal; si tiene problemas de audición o del habla, llame al 711.

**CREOLE:** Si ou se yon moun ki andikape epi ou bezwen nepot akomodasyon pou ou ka patisipe nan pwose sa-a, ou gen dwa, san ou pa gen pou-ou peye anyen, pou yo ba-ou yon seri de asistans. Tanpri kontakte Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL 34986, (772)807-4370 omwen 7 jou alavans jou ou gen pou-ou paret nan tribunal-la, ouswa imedyatman kote ou resevwa notifikasyon-an si ke li mwens ke 7 jou; si ou soud ouswa bebe, rele 711.

_Aaron Chin_
Plaintiff/Plaintiff's Attorney
_P.O. Box 936482_
_Margate, Florida  33093_

(Address)

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above-named Defendant.

DATED on _April 10th_, 20 _25_
(Seal)

Michelle R. Miller
Clerk & Comptroller, St. Lucie County

By _____
as Deputy Clerk

Aaron Michael Chin

P.O. Box 936482

Margate, Florida 33093

## IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT

## IN AND FOR ST. LUCIE COUNTY, FLORIDA

Aaron Michael Chin,

*Plaintiff*,

v.

St. Lucie County Sheriff's Office

Deputy Colangelo #943

Sergeant Archie #174

Deputy Gamez #971

*Defendant(s)*,

Case No.: 562025CA000671AXXXHC _____

## COMPLAINT IN EQUITY

1. Introduction

This is a civil action for violation of due process rights under the Fourteenth Amendment and false imprisonment.

2. Jurisdiction and Venue

- This Court has jurisdiction over this matter pursuant to 42 U.S.C. § 1983.
- Venue is proper in St. Lucie County, Florida, as the events giving rise to this complaint occurred within this jurisdiction.

3. Parties

- Plaintiff: Aaron Michael Chin, private civilian of the United States
- Defendant(s): St. Lucie County Sheriff's Office, a governmental entity responsible for law enforcement in St. Lucie County, Florida.

Deputy Colangelo #943, arresting officer

Sergeant Archie #174, present during arrest

Deputy Gamez #971, Transporting officer

4. Facts

- On April 1, 2025, Plaintiff was detained by officers of the St. Lucie County Sheriff's Office without legal justification. Plaintiff invoked his right to civilian due process after complying with officers under duress, and that right was ignored.
- Plaintiff was not provided with procedural safeguards required under the Due Process Clause of the Fourteenth Amendment. Equity follows the law.
- The detention was carried out in an arbitrary and capricious manner, causing Plaintiff emotional distress, loss of liberty, reputational harm, and financial losses. Equity will not suffer a wrong to be without remedy.

5. Causes of Action

Count I: Violation of Due Process Rights

- Defendant's actions deprived Plaintiff of their constitutional right to due process under the Fourteenth Amendment.
- Defendant acted under color of law in carrying out these violations, failing to provide Plaintiff with proper legal protections before detention. Equity follows the law.

Count II: False Imprisonment

- Defendant unlawfully restrained Plaintiff against their will without legal authority or justification. 787.02 of the Florida statutes.
- As a direct result, Plaintiff suffered damages, including emotional distress, loss of liberty, reputational harm, and financial losses. Equity will not suffer a wrong to be without remedy.

6. Damages

Plaintiff seeks:

- Compensatory damages for emotional distress, loss of liberty, reputational harm, and financial losses.
- Punitive damages to deter future misconduct.
- Attorney's fees and costs pursuant to 42 U.S.C. § 1988.

7. Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that this Court:

- Enter judgment in favor of Plaintiff and against Defendant(s).
- Award Plaintiff compensatory and punitive damages.
- Grant any other relief the Court deems just and proper.

Equity regards as done what ought to be done.

Dated: April 10, 2025

Respectfully Submitted,

_Aaron Michael Chin_, All Rights Reserved

Aaron Michael Chin, Surety, Beneficiary, private civilian of the United States and national of the union member state of Florida

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
OF FLORIDA, IN AND FOR ST. LUCIE COUNTY, FLORIDA
CIVIL ACTION

Plaintiff,

*Aaron Chin* /

VS.

Defendant.

*Deputy Gamez #971* /

CASE NO. *25CA671*

DATE RECEIVED: *APR 1 0 2025*

DATE/TIME SERVED: *4-14-25  11:03*
ST. LUCIE COUNTY SHERIFF

BY: *Ssx R/Wss 1971478*
DEPUTY SHERIFF

SUMMONS:
PERSONAL SERVICE ON A NATURAL PERSON

STATE OF FLORIDA:                    TO DEFENDANT(S)    *Deputy Gamez #971*
*4700 W. Midway Rd.*
*Fort Pierce, FL*

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, pare contestar la demanda adjunta, por escrito, y presentaria ante esta tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades , o privado de sus derechos, sin previo, aviso del tribunal. Ex-isten otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante O Abogado del Demandante).

## IMPORTANT

Des poursuites judiciaires ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation do cet'te citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce Tribunal. Un Simple COUP de telephone est insuffisanat pour vous proteger. Vous etes oblige de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre responses ecrite dans le relai requis, vous risquez de perdre la cause a insi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur duTribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire) de telephones).

Si vous choisissez de deposer vous-memo une response ecrite, il vous Faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre response ecrite au "Plaintiff/Plaintiff's Attorney' (Plaignant ou a son avocat) nomme ci-dessous.

**Florida Rules of Judicial Administration Rule 2.540 Notices to Persons With Disabilities**

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL, 34986, (772)807-4370 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

**SPANISH:** Si usted es una persona con una discapacidad que necesita algún tipo de adaptación para poder participar en este procedimiento, tiene derecho a que se le ayude hasta cierto punto y sin costo alguno. Por favor, comuníquese conl Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL, 34986, (772) 807-4370 al menos 7 días antes de su fecha de comparecencia, o inmediatamente después de haber recibido esta notificacion si faltan menos de 7 días para su cita en el tribunal; si tiene problemas de audición o del habla, llame al 711.

**CREOLE:** Si ou se yon moun ki andikape epi ou bezwen nepot akomodasyon pou ou ka patisipe nan pwose sa-a, ou gen dwa, san ou pa gen pou-ou peye anyen, pou yo ba-ou yon seri de asistans. Tanpri kontakte Court Administration, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL 34986, (772)807-4370 omwen 7 jou alavans jou ou gen pou-ou paret nan tribunal-la, ouswa imedyatman kote ou resevwa notifikasyon-an si ke li mwens ke 7 jou; si ou soud ouswa bebe, rele 711.

_Aaron Chin_
_____
Plaintiff/Plaintiff's Attorney
_P.O. Box  936482_
_Margate, Florida  33093_
_____

(Address)

_____

THE STATE OF FLORIDA

TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above-named Defendant.

DATED on _April 10th_ 20 _25_
(Seal)

Michelle R. Miller
Clerk & Comptroller, St. Lucie County

By _____
as Deputy Clerk

Aaron Michael Chin

P.O. Box 936482

Margate, Florida 33093

## IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT

## IN AND FOR ST. LUCIE COUNTY, FLORIDA

Aaron Michael Chin,

*Plaintiff,*

v.

St. Lucie County Sheriff's Office

Deputy Colangelo #943

Sergeant Archie #174

Deputy Gamez #971

*Defendant(s),*

Case No.: _____ 562025CA000671AXXXHC

## COMPLAINT IN EQUITY

1. Introduction

This is a civil action for violation of due process rights under the Fourteenth Amendment and false imprisonment.

2. Jurisdiction and Venue

- This Court has jurisdiction over this matter pursuant to 42 U.S.C. § 1983.
- Venue is proper in St. Lucie County, Florida, as the events giving rise to this complaint occurred within this jurisdiction.

3. Parties

- Plaintiff: Aaron Michael Chin, private civilian of the United States
- Defendant(s): St. Lucie County Sheriff's Office, a governmental entity responsible for law enforcement in St. Lucie County, Florida.

Deputy Colangelo #943, arresting officer

Sergeant Archie #174, present during arrest

Deputy Gamez #971, Transporting officer

4. Facts

- On April 1, 2025, Plaintiff was detained by officers of the St. Lucie County Sheriff's Office without legal justification. Plaintiff invoked his right to civilian due process after complying with officers under duress, and that right was ignored.
- Plaintiff was not provided with procedural safeguards required under the Due Process Clause of the Fourteenth Amendment. Equity follows the law.
- The detention was carried out in an arbitrary and capricious manner, causing Plaintiff emotional distress, loss of liberty, reputational harm, and financial losses. Equity will not suffer a wrong to be without remedy.

5. Causes of Action

Count I: Violation of Due Process Rights

- Defendant's actions deprived Plaintiff of their constitutional right to due process under the Fourteenth Amendment.
- Defendant acted under color of law in carrying out these violations, failing to provide Plaintiff with proper legal protections before detention. Equity follows the law.

Count II: False Imprisonment

- Defendant unlawfully restrained Plaintiff against their will without legal authority or justification. 787.02 of the Florida statutes.
- As a direct result, Plaintiff suffered damages, including emotional distress, loss of liberty, reputational harm, and financial losses. Equity will not suffer a wrong to be without remedy.

6. Damages

Plaintiff seeks:

- Compensatory damages for emotional distress, loss of liberty, reputational harm, and financial losses.
- Punitive damages to deter future misconduct.
- Attorney's fees and costs pursuant to 42 U.S.C. § 1988.

7. Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that this Court:

- Enter judgment in favor of Plaintiff and against Defendant(s).
- Award Plaintiff compensatory and punitive damages.
- Grant any other relief the Court deems just and proper.

Equity regards as done what ought to be done.

Dated: April 10, 2025

Respectfully Submitted,

*Aaron Michael Chin*, All Rights Reserved

Aaron Michael Chin, Surety, Beneficiary, private civilian of the United States and national of the union member state of Florida

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR ST. LUCIE COUNTY, FLORIDA

AARON CHIN                                        CASE NO.: 2025-CA-000671

     Plaintiff,

v.

ST LUCIE COUNTY SHERIFF'S OFFICE
et al.,

     Defendants.

_____/

## NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESSES

**YOU ARE HEREBY NOTIFIED** that the undersigned attorneys do hereby enter their appearance as attorneys of record for the Defendants, ST. LUCIE COUNTY SHERIFF'S OFFICE, LASOLOMON ARCHIE, NICHOLAS M. COLANGELO and JOSE GAMEZ, in the above-styled cause, and you are hereby requested to furnish the said attorneys with copies of all future motions, orders, etc., in this cause.

Further, pursuant to Florida Rule of Judicial Administration 2.516, undersigned counsel hereby files this his Notice of Designation of Primary E-Mail Address as follows:

Primary e-mail address: Andrew@purdylaw.com

Secondary e-mail address: Cecilia@purdylaw.com

**I HEREBY CERTIFY** that I have electronically filed a copy of the foregoing with the Clerk of the Court by using the Florida Courts E-Filing Portal which will send an electronic copy to: PRO SE PLAINTIFF, AARON MICHAEL CHIN, P. O. Box 936482, Margate, FL 33093, this May 2, 2025.

 **_/s/Andrew W. Jolly_**
ANDREW W. JOLLY ESQUIRE
Fla. Bar No. 1032793
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone: (954) 462-3200
E-mail: Andrew@purdylaw.com
            Cecilia@purdylaw.com
Attorney for *Defendants, St. Lucie County Sheriff's Office, Archie,
Colangelo and Gamez.*
Trial Counsel

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
IN AND FOR ST. LUCIE COUNTY, FLORIDA


AARON CHIN                                              CASE NO.: 2025-CA-000671

      Plaintiff,

v.

ST LUCIE COUNTY SHERIFF'S OFFICE
et al.,

      Defendants.

_____/


## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

      The Defendants, SGT. ARCHIE, DEPUTY COLANGELO, and DEPUTY GAMEZ by and through undersigned counsel, file this their Motion for a 10-day Extension of Time to respond to Plaintiff's Complaint, and would state as follows:

      1.     These individual St. Lucie County Sheriff's Office Defendants were served with a Summons and Verified Complaint on or about April 14, 2025.

      2.     Each Defendant has twenty (20) days to respond to Plaintiff's Complaint pursuant to Fl. R. Civ. P. 1.140 or until May 5, 2025.

      3.     The Complaint also brings claims against the St. Lucie County Sheriff's Office, which was served on April 14, 2025, and which has thirty (30) days to respond to the same Complaint pursuant to F.S. §768.28(7),

      4.     Based upon the date the Sheriff's Office was served, that Response would be due on May 14, 2025.

5.     All of the above defendants are represented by undersigned and will be filing a joint response to Plaintiff's Complaint. To better manage the orderly progress of the case, the Defendants ARCHIE, COLANGELO, and GAMEZ therefore respectfully request that the Court allow for a 10-day extension of time to respond to Plaintiff's Complaint, such that all of the above defendants can file a joint response on May 14, 2025, the date the Sheriff's Office's response is due.

6.     As Plaintiff is proceeding *pro se*, undersigned certifies that conferral prior to filing is not required under Fla. R. Civ. P. 1.202.

**I HEREBY CERTIFY** that I have electronically filed a copy of the foregoing with the Clerk of the Court by using the Florida Courts E-Filing Portal, and a copy has been furnished by U.S. Mail to:  PRO SE PLAINTIFF, AARON MICHAEL CHIN, P. O. Box 936482, Margate, FL 33093, this May 2, 2025.

    *s/Andrew W. Jolly*
ANDREW W. JOLLY ESQUIRE
Fla. Bar No. 1032793
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone: (954) 462-3200
E-mail: Andrew@purdylaw.com
       Cecilia@purdylaw.com
Attorney for *Defendants, St. Lucie County Sheriff's Office, Archie, Colangelo and Gamez.*
Trial Counsel

**Testimony Under God**

**State of Florida**

**County of ~~St. Lucie~~** *Broward*

**I, Aaron Michael Chin,** being of sound mind and lawful age, do hereby declare the following statements to be true and correct to the best of my knowledge and belief:

1. I am a private American civilian, non-citizen national, privately residing privately domiciling within a non-military occupied private area not subject to the jurisdiction of the military municipal "Laws of the United States" mode, process and procedure. Not a corporate entity or subject of the United States Corporation.

2. I have not knowingly or willingly entered any contracts that would subject me to corporate statutes or codes.

3. I invoke my unalienable, God-given rights as recognized by the original written Constitution and natural common\law.

4. I do not consent to any jurisdiction that does not recognize my status as a private individual.

5. This Testimony under God is made in good faith and submitted to the **19th Judicial Circuit Court** of St. Lucie County in relation to case number **25-CA-671.**

**Further Affiant Sayeth Not.**

Signature: _____

Printed Name: _Aaron Chin_____

Date: _May 4, 2025_____

**Notary Public:**

Sworn and subscribed before me on this __4__ day of __May__, 2025, by **Aaron Michael Chin.**

Notary Signature: _____

Seal:                                    My commission expires: _02/28/2027_



**DAVID MERKATZ**
NOTARY PUBLIC · STATE OF FLORIDA
COMMISSION # HH367674
My Commission Expires 2/28/2027

